# UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION

| | | |
|---|---|---|
| HORTER INVESTMENT MANAGEMENT, LLC, | ) ) ) | Case No.1:15-CV-00477 |
| Plaintiff, | ) ) | Judge Sandra S. Beckwith<br>Magistrate Judge Stephanie K. Bowman |
| v. | ) ) ) | **ORDER** |
| JEFFREY CUTTER, et al. | ) ) | |
| Defendants. | ) | |

This matter is before this Court on Defendants PCM Advisory, LLC d/b/a Precision Capital Management and Ryan Borer's ("Defendants") Motion for Leave to File Appendix 2 in support of its Motion for Summary Judgment under seal, and the Court being otherwise sufficiently advised,

IT IS HEREBY ORDERED that Defendants' motion for Leave to File Appendix 2 in support of its Motion for Summary Judgment Under Seal is GRANTED.

SO ORDERED.

_____
UNITED STATE DISTRICT COURT

16777486.1